UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

LA TRICIA HARDY
1006 – 15TH Street, SE
Washington, DC 20003
202/546-3198
latriciahrdy@yahoo.com

Plaintiff

v.

Case No.: 1:13-cv-00362-ABJ

NORTHERN LEASING SYSTEMS, INC.,
132 West 31st Street, 14th Floor
New York, NY 100001-3405

Defendants

## COMPLAINT FOR VIOLATIONS OF THE FCRA, FDCPA

Comes now the Plaintiff, La Tricia Hardy, Pro Se (from here on to be referred to as Plaintiff) and for her Complaint for Violations of the FCRA against Northern Leasing Systems, Inc., (from here on to be referred to as the Defendant) for the purpose of requesting from the Court Judgment against Defendants regarding their violations of the Fair Credit Report Act (FCRA) 15 U.S.C. §1681 et. seq. and the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et. seq., both Federal violations and D.C. Consumer Codes §22-3401, 3402, 3403, §28-3814 and 3904 et. seq., District of Columbia violations.

### PRELIMINARY STATEMENT

1. This is an action for damages, removal of detrimental credit information and

financial restitution against Defendants for violations of the Fair Credit Report Act (FCRA) 15 U.S.C. §1681 et. seq., Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et. seq., both Federal violations and D.C. Consumer Codes §22-3401, 3402, 3403, §28-3814 and 3904 et. seq. seq., District of Columbia violations.

2. Although the equipment that is at the core of this Complaint, was delivered to a place of business, Plaintiff contends that said equipment, if used, was for personal use only.

3. Upon relief and information, Plaintiff contends that many of these practices are widespread for the Defendants. Plaintiff intends to identify those statues that Defendants has violated.

4. Plaintiff contends that Defendants have violated such laws by lack of response to Plaintiff's numerous requests of reporting of unsubstantiated credit inaccuracies by the Defendants to all three (3) Credit Bureaus.

5. These allegations by the Plaintiff are primarily based on the fact that the leasing agreement between the two parties is invalid.

## JURISDICTION AND VENUE

6. Jurisdiction of this Court arises under (FCRA) 15 U.S.C. §1681 et. seq. and (FDCPA) 15 U.S.C. §1692 et. seq., Fair Debt Collection Practices Act, both Federal violations and D.C. Consumer Codes §22-3401, 3402, 3403, §28-3814 and 3904 et. seq., District of Columbia Violations.

7. Venue is proper pursuant to (FCRA) 15 U.S.C. §1681 et. seq. Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et. seq., both Federal violations and D.C. Consumer Codes §22-3401, 3402, 3403, §28-3814 and 3904 et. seq., District of

Columbia Violations. is proper in that Plaintiff owns the property within the District of Columbia and the conduct complained of occurred here.

8. This is an action for damages which exceed $10,000.00 due to the fact that each violation in and of itself carries a penalty no less than $1,000.00 per month, per violation, as long as the violations continue.

9. Plaintiff is also requesting that in the event she has to obtain the services of an attorney, that any fees resulting from these services be added into the amount of reimbursement.

## PARTIES

10. Plaintiff, LaTricia Hardy, is a natural person and is a property owner in the District of Columbia.

11. Upon information and belief Defendants, Northern Leasing Systems, Inc., is not authorized to do business in the District of Columbia.

## GENERAL ALLEGATIONS

12. In the year 2010, after abiding by her contract for over two years, Plaintiff requested that said contract be cancelled due to inequities within said contract.

13. Each request made by the Plaintiff was refused and subsequently ignore by Defendants.

14. At this point, Plaintiff stopped the automatic payment deductions from her bank account due to the unfair treatment and the Defendants ignoring of Plaintiff's requests.

15. Defendants, then placed negative information on Plaintiff's credit reports with all three (3) Credit Bureaus.

16. Plaintiff then requested in writing a request for validation of the account.

17. This request was never answered.

18. Another request for validation in writing was sent and also not answered.

19. Defendants then proceeded to threaten, in writing to sue the Plaintiff.

20. Phone calls were then made to Plaintiff's workplace and details of these negative allegations were stated to co-workers.

21. After Plaintiff requested validation for the account Defendants placed two (2) inquiries on Plaintiff's credit reports to reflect her account as being a charge off for non-payment, which brought her credit down drastically.

22. Due to these erroneous placements on Plaintiff's credit reports, she has been unable to secure any type of loan. This has created undue hardship due to the fact that the Plaintiff is the sole caregiver for her aging mother and her husband is recently deceased.

## COUNT I
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA) 15 U.S.C. §1681 et. Seq. BY DEFENDANTS NORTHERN LEASING SYSTEMS, INC.

23. Plaintiff alleges and incorporates the information in paragraphs 1 through 20.

24. Plaintiff is a consumer within the meaning of the FCRA. Defendant's violations include, but are not limited to, the following:

    a) Defendant willfully violated FCRA, 15 U.S.C. §1681a (c), by placing negative information on Plaintiff's credit reports with all three (3) Credit Bureaus.

    b) Defendant willfully violated FCRA, 15 U.S.C. §1681q, by knowingly and willfully obtaining information on a consumer from a consumer reporting agency under false pretenses shall be fined under title 18, imprisoned for not more than 2 years, or both.

## COUNT II
### VIOLATION OF FAIR DEBT COLLECTION PRACTICES (FDCPA) 15 U.S.C § U.S.C. 1681 et. Seq. BY DEFENDANTS NORTHERN LEASING SYSTEMS, INC.

25. Plaintiff alleges and incorporates the information in paragraphs 1 through 20.

26. Plaintiff is a consumer within the meaning of the FDCPA. Defendant's violations include, but are not limited to;

    a) Defendant negligently violated 15 U.S.C. §1681b (f) by, obtaining Plaintiff's consumer report without a permissible purpose at two (2) different times.

## COUNT III
### VIOLATION OF D.C. CONSUMER CODES § 22-3401, 3402, 3403, et. Seq., BY DEFENDANTS NORTHERN LEASING SYSTEMS, INC.

27. Plaintiff alleges and incorporates the information in paragraphs 1 through 20.

## COUNT IV
### VIOLATION OF D.C. CONSUMER CODES §28-3814 & 3904 et. Seq., BY DEFENDANTS NORTHERN LEASING SYSTEMS, INC.

28. Plaintiff alleges and incorporates the information in paragraphs 1 through 20.

**WHEREFORE,** the Plaintiff respectfully requests that the Court **GRANT** Judgment for damages against the Defendants Northern Leasing Systems, Inc., et, al, for statutory damages to be determined by the Court of an amount no less than $10,000.00, and any legal or Court fees and costs pursuant to 15 U.S.C. §1681n.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby requests a trial by jury of all issues as triable as a matter of law.

Dated: April 11, 2013

Respectfully submitted,

La Tricia Hardy, Pro Se
1006 – 15th Street, S.E.
Washington, DC  20003

### Certificate of Service

I do hereby certify that a copy of the foregoing was mailed, postage prepaid, on this _____ day of April 2013, to the following:

Northern Leasing Systems, Inc.
132 West 31st Street, 14th Floor
New York, NY  10001-3405
Attention:  Registered Agent

La Tricia Hardy